*Solicitor General Perlman, Robert S. Erdahl* and *Harold D. Cohen* for the United States.

No. 410. Trico Products Corp. *v.* McGowan, Collector of Internal Revenue. C. A. 2d Cir. Certiorari denied. *Bruce Bromley, Fred W. Morrison* and *Richard T. Davis* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Homer R. Miller* for petitioner. ■

No. 399. Davidson *v.* New York. Court of Appeals of New York. Certiorari denied. *Maurice Edelbaum* for petitioner.

No. 187, Misc. Bonds *v.* Sherburne Mercantile Co. et al. C. A. 9th Cir. Certiorari denied. *Kenneth L. Kimble* for petitioner. *John C. Hauck* for respondents.

No. 232, Misc. Anderson *v.* Missouri. Supreme Court of Missouri. Certiorari denied.

No. 241, Misc. Rodriquez *v.* New York. Court of Appeals of New York. Certiorari denied.

No. 268, Misc. Weber *v.* Ragen, Warden. Circuit Court of Peoria County, Illinois. Certiorari denied.

No. 535, October Term, 1947. Josephson *v.* United States, 333 U. S. 838. Motion for leave to file a second petition for rehearing denied. Mr. Justice Burton took no part in the consideration or decision of this application.